**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMIE J. LANCASTER,

    Defendant.

Case No. 2:26-po-00001-NJK

**Order**

[Docket No. 3]

Pending before the Court is a *pro hac vice* application of Attorney Kenneth Reed. Docket No. 3. The application identifies Attorney Reed as a member of the California state bar, *see id.* at 2, but the application does not include a certificate of good standing from the California state bar. *See id.* ("Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing").

Accordingly, Attorney Reed is **ORDERED** to file a Notice of Corrected Image attaching a certificate of good standing from the California state bar.

IT IS SO ORDERED.

Dated: March 12, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1